Maria A. Pagnillo, as Administratrix, etc., Respondent, v. The Mack Paving and Construction Company, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without costs.   Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.

Wilbur B. Wood and Another, Respondents, v. Charles C. Wise and Another, Appellants.— Motion denied, without costs.   Present — Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ.